The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES KIRKLAND,<br><br>Defendants. | NO. CR23-CR005JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO OR TELEPHONIC HEARING** |

This matter came before the Court on the parties' stipulated motion to proceed with guilty plea hearing by video or telephonic hearing. The motion is GRANTED for the reasons stated in the parties' motion. This matter is referred to the Honorable Michelle Peterson for the purpose of conducting a plea hearing pursuant to Federal Rule of Criminal Procedure 11. The hearing shall take place by video or remote technology.

Dated: January 18, 2023

*John H. Chun*
_____
JOHN H. CHUN
United States District Court Judge

Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:
2 |
3 | *s/ Seth Wilkinson*
4 | SETH WILKINSON
  | Assistant United States Attorney
5 | Western District of Washington