Jason M. Silver
Arizona Bar No. 016756
Pro Hac Vice
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
jsilver@silverlawplc.com
Telephone: (480) 429-3360

Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| United States of America, | No. CR23-005JHC |
| Plaintiff, | MOTION TO EXCLUDE AT SENTENCING ANY MATTERS BEFORE THE ARIZONA DEPARTMENT OF REAL ESTATE |
| v. | |
| Charles St. George Kirkland, | |
| Defendant. | DEFENDANT NOT IN CUSTODY |

On June 8, 2023, at approximately 1:06 p.m., government counsel Seth Wilkinson's office sent undersigned counsel a link to download 2.28 GB of compressed files relating to an action currently before the Arizona Department of Real Estate, which Mr. Wilkinson states he will introduce to the Court at sentencing as to the Mr. Kirkland's history and characteristics.  Prior to an email from Mr. Wilkinson on June 8, 2023, at 9:30 a.m., undersigned counsel was unaware that Mr. Wilkinson had information about an action before the Arizona Department of Real Estate that he wished to introduce at the sentencing hearing.   Mr. Wilkinson informed undersigned counsel that approximately one week prior to May 22, 2023, he was informed of the

Arizona Department of Real Estate matter, and that on May 22, 2023, he made a request for all records relating to the Arizona Department of Real Estate matter.

It is unknown if Mr. Wilkinson has informed the Probation Officer of the action before the Arizona Department of Real Estate. There is no reference in the revised Presentence Investigation Report ("PSR"), dated May 30, 2023, as to the matter before the Arizona Department of Real Estate.

On June 3, 2023, Mr. Wilkinson sent an email to the Court and undersigned counsel that there was a family emergency and that he needed a continuance of the June 12, 2023, sentencing. The Court denied the Motion.

On June 7, 2023, Mr. Wilkinson thanked counsel and Court for a continuance of filing his sentencing memorandum until June 9, 2023.

Mr. Wilkinson had many opportunities to inform undersign counsel of the Arizona Department of Real Estate documents and his intent to bring them in for the sentencing, namely, approximately one week before May 22, 2023 up through and including before 9:30 a.m. on June 8, 2023, when Mr. Wilkinson finally informed counsel.

The company referenced in the Arizona Department of Real Estate matter states that Mr. Kirkland, and his now ex-wife Carolina Kirkland and Deborah Katzman, were the managers of the subject company and that Mr. Kirkland owned the company. There is nothing in documents Mr. Wilkinson has proffered to provide to this Court that state any action(s) or inaction(s) by Mr. Kirkland. The documents Mr. Wilkinson wishes to reference are findings that were issued before a hearing was held on the matter, which is still pending before the Arizona Department of Real Estate.

Mr. Wilkinson is attempting to sandbag not only undersigned counsel, the Probation Officer, but this Court, in submitting documents to somehow besmirch Mr. Kirkland, in an ongoing matter before the Arizona Department of Real Estate.

Wherefore, this Court should not allow the eleventh-hour untimely disclosure of irrelevant and half-baked information to be provided to this Court and should exclude all references to any matter before the Arizona Department of Real Estate.

Mr. Wilkinson was asked whether he objected to the Motion and he stated that he did not believe there was a basis to exclude the information about the Arizona Department of Real Estate ongoing matter.

Undersigned counsel requests an hearing on this matter immediately before the Sentencing Hearing on June 12, 2023 at 8:30 a.m.

RESPECTFULLY SUBMITTED this 9th day of June, 2023.

SILVER LAW PLC

By: *s:/ Jason M. Silver*

Attorney for Defendant

**COPY** of the foregoing transmitted
by ECF for filing this 9th day of June, 2023,
to:

Clerk's Office
United States District Court
700 Stewart Street
Suite 2310
Seattle, Washington 98101

United States Attorney
Seth Wilkinson, Esq.
Assistant United States Attorney
700 Stewart Street
Suite 5220
Seattle, Washington 98101

Attorney for Plaintiff

Blake Gjefle
United States Probation Officer
Tacoma, Washington

*/s/    Lindsay A. Chapman*

Lindsay A. Chapman, Legal Assistant

3