Judge John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-005 JHC |
|---|---|
| Plaintiff | |
| v. | **ORDER TO SEAL DOCUMENT** |
| CHARLES KIRKLAND | |
| Defendant. | |

The Court has reviewed the Government's Motion to Seal Exhibit D to the government's Sentencing Memorandum. Exhibit D is the Property Settlement Agreement defendant executed in connection with the defendant's divorce proceeding. Because of the sensitive and personal information contained in the document, the Court hereby orders that Exhibit D shall remain under seal.

DATED this 12th day of June, 2023.

*John H. Chun*
JOHN H. CHUN
United States District Judge

Presented by:

*s/Seth Wilkinson*
SETH WILKINSON

Order to Seal - 1
*United States v.* Charles Kirkland/ CR23-005 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Assistant United States Attorney

Order to Seal - 2
*United States v.* Charles Kirkland/ CR23-005 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970